UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-2050

MARY JO BOWEN,

Plaintiff - Appellant,

versus

WEYERHAEUSER COMPANY,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Malcolm J. Howard, District Judge.  (CA-98-70-4-H)

Submitted:  March 31, 2000          Decided:  April 24, 2000

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William J. Little, III, LITTLE & SWANK, L.L.P., Greenville, North Carolina, for Appellant.  M. Daniel McGinn, Natalie K. Sanders, BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, L.L.P., Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mary Jo Bowen appeals the district court's order granting Defendant's motion for summary judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Bowen v. Weyerhaeuser Co., No. CA-98-70-4-H (E.D.N.C. June 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2